IN THE UNITED DISTRICT COURT FOR THE
SOUTHERN DIVISION OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.<br><br>               Plaintiff,<br><br>v.<br><br>LISA H. BARTON<br><br>               Defendant. | Case No.: |

## COMPLAINT

Plaintiff Citibank, N.A. ("Citibank" or "Plaintiff"), by and through its undersigned counsel, files this complaint against defendant Lisa H. Barton ("Defendant") and in support thereof states as follows:

## NATURE OF ACTION

1. Citibank brings this action against Defendant for money damages resulting from Defendant's omission to repay a personal loan ("Loan") in accordance with the terms set forth in the Amended and Restated Revolving Credit – Term Note ("Note") executed by Defendant in connection with the Loan. A true and correct copy of the Note is attached as **Exhibit A**.

## PARTIES

2. Plaintiff is a federally chartered national bank organized and existing under the laws of the United States with a main office as set forth in its articles of association located in South Dakota, at 701 East 60th Street N, Sioux Falls. Accordingly, Citibank is a citizen of South Dakota for diversity of citizenship purposes.

3. Defendant is an individual who has a residential address of 158 Winding River Rd., Wellesley, Massachusetts 02482. Defendant is a citizen of Massachusetts.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

5. Defendant consented to the personal jurisdiction of this Court when signing the Note. *See* Ex. A ¶ 25.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Defendant consented to jurisdiction in this Court. *Id.*

## STATEMENT OF FACTS

7. On July 31, 2021, Citibank extended a $265,500.00 line of credit loan to Defendant. To memorialize this extension of credit and her payment obligation thereunder, Defendant executed the Note.

8. Under the terms of the Note, Defendant agreed to repay the Loan in full, together with any accrued and unpaid interest at the rate per annum equal to the Alternate Base Rate plus the Alternate Base Rate Margin (the "note interest rate"), as defined in the Note, by not later than July 31, 2024 (the "Maturity Date"). *Id.*, ¶¶ 1- 2, 5-6.

9. Defendant did not repay the Loan by the Maturity Date.

10. The Note identifies the failure to pay the Loan when due as an event of default. *See Id.,* ¶ 15.

11. The parties discussed possible means of resolving the debt. Defendant requested time to allow her to work out a means of repaying her obligation under the Note.

12. By a Letter Agreement dated June 6, 2025, a true and copy of which is attached as **Exhibit B**, Defendant agreed she would reach a repayment agreement with Citibank by not later than September 15, 2025, or she would consent to entry of judgment in the United States District

Court for the Southern District of New York.  *See also,* Ex. A ¶ 25 (consent to jurisdiction in this Court).

13. The Letter Agreement extended the maturity date of the Note until September 15, 2025.  *See* Ex. B.

14. Defendant was unable to pay off the loan prior to the new maturity date of September 15, 2025.  Defendant has been unable to reach a repayment agreement with Citibank.

15. Defendant's obligation to Citibank on the Note as of November 4, 2025 was $290,602.42, consisting of principal in the amount of $265,000.00, and interest in the amount of $25,602.42.  Pursuant to the Note, Defendant is further obligated to pay Citibank its reasonable expenses, including its attorneys' fees, to enforce the Note.

## CLAIM FOR RELIEF
### (Action on Note)

16. The allegations in paragraphs 1-15 are incorporated by reference herein.

17. Defendant has breached her obligation to re-pay the Note by omitting to pay all sums due and payable as of the maturity date set forth in the Letter Agreement dated June 6, 2025.

18. Defendant's default is ongoing and has not been cured.

19. As a proximate result of Defendant's default under the terms of the Note, Citibank has incurred monetary losses in an amount exceeding $290,602.42.

WHEREFORE, Citibank respectfully requests entry of a judgment against Defendant for default under the Note, in the amount of $290,602.42, plus interest accruing at the Note rate from November 4, 2025 through the date of judgment herein, as well as attorneys' fees and costs as allowed by the Note, and for such other relief as the court deems just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  November 6, 2025 | By: /s/ Ana M. Blanco<br>Ana M. Blanco<br>Ballard Spahr LLP<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>(T): 212.223.0200<br>(F): 212.223.1942<br>blancoa@ballardspahr.com |