# Ballard Spahr
### LLP

1675 Broadway, 19th Floor
New York, New York 10019
Tel: (212) 223-0200
Fax: (212) 223-1942

Ana M. Blanco
Tel: (646) 346-8072
Fax: (212) 223-1942
blancoa@ballardspahr.com

# MEMO ENDORSED.

January 21, 2026

*By Electronic Filing*

Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:    *Citibank, N.A. v. Lisa Barton*, 25-cv-09274-DEH-OTW

Dear Judge Wang:

This Firm represents Plaintiff Citibank, N.A. in the above-referenced case. Per an order entered on January 9, 2026, ECF No. 9, the Court has scheduled an initial pretrial conference for January 27, 2026 at 11:00 a.m. The January 9 order also sets a deadline of January 20, 2026 for the submission of a proposed scheduling order.

I respectfully request that the Court set a new date for the initial conference. Counsel for Citibank has been in contact with Defendant Lisa Barton. The parties expect to settle the matter by submitting a consent motion for entry of judgment. The parties are currently working on documenting this resolution. The parties anticipate submitting their motion for the Court's consideration in the very near term. Accordingly, I request that the Court set a new date for the initial conference at the Court's convenience within the next 30-45 days, or thereafter. The parties will endeavor to have the motion submitted prior to the rescheduled hearing date.

I shared this letter with Ms. Barton prior to submission.  Ms. Barton agrees with its contents.

Thank you for your consideration.

Respectfully submitted,

*/s/ Ana M. Blanco*

Ana M. Blanco
Counsel for Plaintiff

The January 27 initial case management conference is **ADJOURNED** to **Tuesday, March 3, 2026 at 10:00 am** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Parties' joint proposed case management plan is due one week prior.

**SO ORDERED.**

_____
Ona T. Wang                                    January 22, 2026
U.S.M.J.

Judge Ona T. Wang
January 21, 2026
Page 2


cc:  Lisa Barton, Esq. (by email)

#4910-0933-4921 v2