**IN THE UNITED DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CITIBANK, N.A.,                                    :

                                                   :    Index No. 25-cv-09274

                        Plaintiff,                 :

                                                   :

    - against -                                    :    **ORDER AND JUDGMENT**

                                                   :

LISA H. BARTON,                                    :

                                        :

                        Defendant.                 :

---------------------------------------------------------------X

Having reviewed the Consent Motion for Entry of Judgment on the Pleadings ("Motion")

filed by Plaintiff Citibank, N.A., it is this 25 day of February, 2026, hereby

ORDERED, that with Defendant's consent the Motion is GRANTED; and it is further

ORDERED, that the Clerk of Court is directed to enter judgment against Defendant Lisa

Barton in the amount of $295,913.42 as damages for breach of contract, as well as post-judgment

interest as provided in 28 U.S.C. § 1961(a); and it is further

ORDERED, that the Clerk of Court shall close the case.


SO ORDERED.

Dated: February 25, 2026
New York, New York


_____

Dale E. Ho
United States District Judge